IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. BUCKSHAW,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ASSISTANT ATTORNEY GENERAL<br>and UNITED STATES<br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendants | CIVIL NO. 1:12-0890<br><br>(Judge Rambo)<br><br>(Magistrate Judge Mannion) |

**O R D E R**

Before the court is a May 24, 2012, report and recommendation of Magistrate Judge Mannion (doc. 4), in which he recommends that the captioned action, brought pursuant to 42 U.S.C. § 1983, be transferred to the United States District Court for the Western District of Pennsylvania. Objections to the report and recommendation were due by June 11, 2012 and, to date, no objections have been filed.

Upon consideration of the record before the court and the applicable law, **IT IS HEREBY ORDERED THAT**:

　　1) The court adopts the report and recommendation of Magistrate Judge Mannion (doc. 4).

　　2) The Clerk of Court shall transfer this case to the United States District Court for the Western District of Pennsylvania and shall close the file in this district.

　　　　　　　　　　　　　　　　s/Sylvia H. Rambo
　　　　　　　　　　　　　　　　SYLVIA H. RAMBO
　　　　　　　　　　　　　　　　United States District Judge

Dated: June 18, 2012.